CITY OF PENSACOLA v. MARGARET KIMBERL.

155 So. 920.
Opinion Filed July 9, 1934.

*Ernest E. Mason,* for Plaintiff in Error;
*J. McHenry Jones,* for Defendant in Error.

PER CURIAM.—This was a suit against the municipality for damages caused by injuries received by the plaintiff in a fall caused by a defective sidewalk. The judgment should be affirmed on authority of the opinion in the case of City of Jacksonville v. Vaughn, 92 Fla. 339, 110 Sou. 529, and authorities there cited.

It is so ordered.

Affirmed.

DAVIS, C. J., and WHITFIELD, TERRELL and BUFORD, J. J., concur.